**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LAUSTEVEION JOHNSON,

                            Plaintiff,

  v.

KARA LeGRAND, et al.,

                        Defendants.

3:21-cv-00310-MMD-CSD

**ORDER**

Re: ECF No. 19

Before the court is Plaintiff's Notice of Unserved Defendants (ECF No. 19). Plaintiff states that "the Attorney General's Office never stated whether or not they were accepting service on behalf of C/Os (Correctional Officers) J. Mastine and J. Herbert, which are the primary defendants in this case that Plaintiff was allowed to proceed with via screening." (*Id.*)

On July 8, 2022, the Office of the Attorney General filed their Notice of Acceptance of Service (ECF No. 14).  The Notice of Acceptance of Service failed to address the status of service for Defendants J. Mastine and J. Herbert.

**IT IS HEREBY ORDERED** that the Office of the Attorney General shall advise the court **within ten (10) days** whether it can accept service for Defendants J. Mastine and J. Herbert. If the Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff, the last known addresses of Defendants J. Mastine and J. Herbert. If the last known address is a post office box, the Office shall attempt to obtain and provide the last known physical address.

DATED:  August 5, 2022.

_____
UNITED STATES MAGISTRATE JUDGE