# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>KARA LeGRAND, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-00310-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

Pursuant to the court's order (ECF No. 20), the Office of the Attorney General has filed the last known address of Defendant Jason Hebert under seal. (ECF No. 25.)

Accordingly, the Clerk shall ISSUE a summons for Jason Hebert and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 25.) The Clerk shall also SEND sufficient copies of the first amended complaint, (ECF No. 7), the screening order (ECF No. 10), and this order to the U.S. Marshal for service on the Defendant. The court will separately provide to the U.S. Marshal a completed USM-285 form for the Defendant.

**IT IS SO ORDERED.**

DATED: August 16, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE