UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KARA LeGRAND, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:21-cv-00310-MMD-CSD<br><br>**ORDER** |

Before the court is Plaintiff's Notice of Incomplete Address and Request for Complete Address (ECF No 33). Plaintiff requests the court order the Attorney General's Office to provide sufficient information to facilitate service for Defendant Aaron Mastin.

The court's docket reflects that the USM-285 form was returned unexecuted by the U.S. Marshal Service as the last known address for Defendant Mastin (filed under seal) did not include a specific apartment number. (ECF No. 31 at 2.)

**IT IS HEREBY ORDERED** that the Office of the Attorney General shall advise the court within **ten (10) days** whether it is able to find a specific apartment number for Defendant Aaron Mastin. If appropriate, the court will direct the U.S. Marshal to again attempt to effect service.

DATED: September 20, 2022.

　　　　　　　　　　　　　　　　　*/s/ CSD*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE