# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>KARA LeGRAND, *et al.*,<br><br>  Defendants. | Case No. 3:21-cv-00310-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants Travis Bennett and Danny Harlow, who are no longer employees of the Nevada Department of Corrections. (ECF No. 14.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 15.)

The Clerk shall ISSUE summonses for **Travis Bennett** and **Danny Harlow** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 15.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 7), the screening order, (ECF No. 10), and this order to the U.S. Marshal for service on Defendants Bennett and Harlow. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff shall be given an extension to and including **February 27, 2023**, to file proof of service as to Defendants Bennett and Harlow.

**IT IS SO ORDERED.**

DATED: December 27, 2022.

_____
UNITED STATES MAGISTRATE JUDGE