# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

                    Plaintiff,

v.

KARA LeGRAND, et al.,

                    Defendants.

3:21-cv-00310-CSD

**ORDER**

Re: ECF Nos. 67, 71, 72

Before the court are Plaintiff's Motions Requesting Stay (ECF Nos. 67, 71) and Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment (ECF No. 72). Defendants have filed a Non-Opposition to Plaintiff's Motion Requesting Stay (ECF No. 70).

Plaintiff states he has been granted parole and "will be transferred from NNCC to HDSP, and released anywhere from 4/23/23-4/30/23." (ECF No. 67 at 2.) Plaintiff requests a stay of this case until June 14, 2023, and an extension of time until June 25, 2023, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 68).

**IT IS HEREBY ORDERED** that Plaintiff's Motions Requesting Stay (ECF Nos. 67, 71) are **GRANTED** to the extent that this matter is **STAYED** until **Wednesday, June 14, 2023.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment (ECF No. 72) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, June 26, 2023**, in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 68).

DATED: April 19, 2023.



_____
UNITED STATES MAGISTRATE JUDGE