# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff

v.

KARA LEGRAND, et al.

    Defendants

Case No.: 3:21-cv-00310-CSD

**Order**

Re: ECF No. 68

    Magistrate Judge Carla Baldwin is conducting a global settlement conference in Plaintiff's cases on October 5, 2023. (ECF No. 75.) The pending motion for summary judgment in this case (ECF No. 68) is **DENIED WITHOUT PREJUDICE** to be re-filed on or before **October 20, 2023**, in the event the global settlement conference is unsuccessful in resolving Plaintiff's claims in this action. Therefore, Plaintiff need not file his response to the motion as previously directed in ECF No. 74.

**IT IS SO ORDERED**.

Dated: August 29, 2023

_____
Craig S. Denney
United States Magistrate Judge