AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1227
E-mail: acnelson@ag.nv.gov

*Attorneys for Defendants
Tamera Bartel, Kelly Bellanger,
Stephen Clark, Jason Herbert,
and Aaron Mastin, Jr.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>LEGRAND, *et al.*,<br><br>    Defendants. | Case No. 3:21-cv-00310-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5 day of October, 2023.

[signature]
LAUSTEVEION JOHNSON
*Plaintiff, pro se*

DATED this 5th day of October, 2023.

/s/ *Andrew C. Nelson*
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

IT IS SO ORDERED.

DATED: November 15, 2023.

[signature]
UNITED STATES MAGISTRATE JUDGE